```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

RAJINDER KAUR, Individually,    )
and BHUPINDER KAUR MALIK, as    )
Personal Representative of      )
the Estate of SATPAL SINGH,     )
                                )
            Plaintiffs,         )         4:08CV3210
                                )
       v.                       )
                                )
MAKHAN SHAN LUBANA TRUST, a     )      MEMORANDUM AND ORDER
California corporation,         )
SATNAM SINGH BUTTAR, an         )
Individual, and GHALLY          )
TRUCKING, LIMITED, a Canadian   )
business entity,                )
                                )
            Defendants.         )


RAJINDER KAUR, Individually,    )
and BHUPINDER KAUR MALIK, as    )
Personal Representative of      )         4:08CV3216
the Estate of RASHPAL SINGH,    )
                                )
            Plaintiffs,         )
                                )      MEMORANDUM AND ORDER
       v.                       )
                                )
MAKHAN SHAN LUBANA TRUST, a     )
California corporation,         )
SATNAM SINGH BUTTAR, an         )
Individual, and GHALLY          )
TRUCKING, LIMITED, a Canadian   )
business entity,                )
                                )
            Defendants.         )
```

These two cases have been removed to this court by defendant Galley Trucking in 4:08CV3210 and Satnam Singh Buttar in 4:08CV3216, both represented by the same counsel. However, the records on file in this court do not show service on all of the defendants in each case. Nor do the records on the Notices of

Removal show that all defendants concur in the removal.  The cases cannot move forward until this situation is clarified.

    IT THEREFORE HEREBY IS ORDERED:

    1.  Plaintiffs in both cases are given until March 19, 2009 to file verifications of service of process on all defendants who have not yet appeared in the respective cases, or, alternatively show cause why unserved defendants should not be dismissed.

    2.  Defendant Satnam Singh Buttar in 4:08CV3216 and defendant Ghally Trucking, Limited in 4:08CV3210 are each given until April 7, 2009 to show that all defendants in the respective cases concur in the removals.

    DATED this 26th day of February, 2009.

                             BY THE COURT:

                             s/ *David L. Piester*
                             David L. Piester
                             United States Magistrate Judge